Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
District of

Division

| | |
|---|---|
| *Madalyn M. Soulliere* | Ca   Case: 2:23-cv-10596 |
| **Plaintiff(s)** | Judge: Leitman, Matthew F. |
| *(Write the full name of each plaintiff who is filing this complaint.* | MJ: Grand, David R. |
| *If the names of all the plaintiffs cannot fit in the space above,* | Filed: 03-14-2023 At 01:31 PM |
| *please write "see attached" in the space and attach an additional* | CMP MADALYN SOULLIERE V NORMA HERR SHELTER (SS) |
| *page with the full list of names.)* | |
| -v- | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| *Norma Herr Shelter* | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        *Madalyn M. Soulliere*
Street Address   *Norma Herr Shelter*
City and County  *811 Hayne Ave*
State and Zip Code  *~~ ~~*
Telephone Number  *(216) 999-0020*
E-mail Address

*2155 Main Street*
*Mount Clemens, MI 48043*

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

*(216) 450-0655*

POOR QUALITY ORIGINAL

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                            Norma Herr Women's Center
    Job or Title *(if known)*      Women's center
    Street Address            7777 Payne Ave
    City and County         Cleveland  Cuyahoga
    State and Zip Code     OH  44114
    Telephone Number      (216) 479-0520
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Wendaly Jon Lisa , is a citizen of the State of *(name)* Trenton .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation
The defendant, *(name)* Nu'mcitcrity(inins Center 2, is incorporated under
the laws of the State of *(name)* OHIO, and has its
principal place of business in the State of *(name)* OHIO.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Harassment that led to being thrown out, sexually assaulted,
sexually harassed, Uber Eats credit of $35 - feeding
food benefit card $50 then $50 OTC products. Items
stolen and broken items such as laptop, adult toy, keys
interning $1100 in paperwork for federal court, pro se Clerk.

**III   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**IV   Relief**   Police reports prove it's still going on

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Harassment that led to being thrown out Actual Damages
of housing $food $980-
Sexually Assaulted $80.1 hospital bill + Police aid Rape Crisis Center Hayley
Sexually harassed $? + Victims rights Fees $6,820
Uber eats $35 sticking food credit $47.72 Uber eats OTC benefits from stolen
front line $814.72
... card $47's laptop. $300-

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Court Costs? Lawyer Fees $50,4 hours work g on paperwork
Gplics $ 100 Travel to and from Court? (Uber)
(Punitive $250,000. (Extreme M relief por 7s) in one month)
total $  361,688.72

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3/6/23

Signature of Plaintiff     
Printed Name of Plaintiff     Maddlyn M Sullyer

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

Statement of Claim                    pg 1

May 2, 2022 I showed up to Norma Herr Women's Center in Cleveland, Ohio. I had never been to Cleveland before and only knew the FBI office was close and it was close to the Greyhound bus Station. I showed up around 5:30 pm and took an Uber to the shelter. I made it very well understood that I was running for my life as I had been on a ventilator for 8 days and my life was in imminent danger. I had all my documents except my birth certificate and let them know I could pay for it on my own. A couple days later I had a screening intake where I let a gentleman know that I wouldn't be in Cleveland long that I was running for my life. He let me know that I could contact him and he would get me a greyhound ticket to continue to run. At that time I was told I Michigan that I was HIV negative. Being an organ donor I have to keep my medical up.

I woke up May 3, 2022 and my phone was gone. I had to stop everything I was doing and make a police report. I asked staff to call my phone and I still couldn't hear it. Staff called me a cab but the cab took me to the hospital and not to Metro PCS so I could get a phone. That cost me an extra $20 and 2 hours of my time. I finally got to the store and spent $150 on a new phone. Not knowing my way around Cleveland I started asking people how to get to the FBI office on lakeside. I went to the office and talked to some woman whom I am suspecting is a special agent and let her know I needed to speak to Kerry McCafferty. 2 weeks later and a whole lot of phone calls Lisa contacts me from the FBI's office to schedule an appointment. I make it within 5 blocks of the building and she contacts me to reschedule. I meet up with her and another agent to find out that Kerry lied about our relationship and how we knew each other. I had to explain that no we were not having a sexual relationship but that I met him at the FBI's office in Detroit, Michigan in 2006 and we worked cases together in 2007 and 2016. I showed Lisa some of my work and was trying to explain that I needed help dealing with the police back in Michigan because my life was in imminent danger. She told me I had to go back to Michigan. Haven't spoke to her since.

In the month of May, I made 17 police reports about things getting stolen, I had a person stalk me from Michigan, the staff laughed. The police were there several times because they said over the loud speaker that Julianna Solomon was in person in the lobby. The police came and asked staff if there was a Julianna Solomon staying at the shelter and they would reply no. In the bathroom in the basement girls were screaming at Julianna saying how could you do that to Gary. Now Gary might have HIV. I was told by the girls that Gary, a staff member, drove 126 miles from Cleveland to Detroit and back to go have sex with Julianna. Julianna had already broke into my email and did an application to Target. She also used another email and I found out her credit score was 702 or something like that. I asked Gary if he had ever been to Michigan he said not really I told him he should go some time. I asked Gary if he would help me with my paperwork so I could file cases in Federal Court, he said he would. I asked him to make copies of pictures and paperwork I had and he and the other staff would make copies. I found out that David, a staff member would make a great catch because Julianna was with Gary and David has no car and lives with his mother. I had a CVS gift card that was supposed to be emailed stolen. I had a cup stolen, I had Evian water stolen that came in from Walmart.com. My Walmart account got screwed up and someone changed the name to Rose Later and I can,t use the account anymore. I was accused of donating things to the shelter because I must like someone. The only one who should have known about the donations is William who would take the deliveries, sign my name or his and put them in the conference room. William happens to be married for 48 years now and he proudly says it to anyone who asks. My laptop was broken that I just purchased from Target in Cleveland. My ear buds were stolen,

After I was told that David lives with his mom and that Gary was with Julianna Solomon, I told Gary I had a crush on him but that I was 14 years older than him. He laughed and told me to tell David. David said what do you want me to do and I said I don't know he told me to tell you. I thought it was over and later that night a supervisor asked me if I told him I had a crush on him I said yes, and again I thought it was over. The next day I had a meeting with two supervisors and told them yes I said it but I'm 14 years older than him and I was pregnant at 14. I told them that he made comment about what I was wearing. He said I can't go around looking trashy but I was wearing a red t-shirt and grey long shorts what did he want me to wear a shirt that showed my bare breasts like the other girls wore. At that point I figured he just needed an ego boost by telling everyone that I had a crush on him so when the director of the shelter approached me I told her I don't want anything more to do with him. I'm tired of him grabbing my duffel bag and searching through my new underwear breaking my laptop. I was told he tattooed my name on his chest so I again called the police to press charges. I never asked him to put my name on his chest and I never gave him permission. So, I was suspended for 5 days for cussing out the director. I stayed outside until I met Eddie who took me home with him and I paid him to stay the night. The next day I did laundry and was going to stay with this guy but I didn't know where I was. I went back by the shelter but across the street. I had an argument with Jenny who was supposed to take me to Cincinnati with her and her husband Bobby. I picked up a 12 pack of Pepsi and almost hit her with it. She used my phone from the time I met her until it went off around June 1. Someone tried to activate Walmart.com and I had to dispute the charges and my card was cancelled. I had a credit for ubereats for $35 and I had only told Monica about it. Couple of hours later uber gives Monica an order and said that I ordered it for Gary. I told her I didn't. I had no idea. I wasn't there when they delivered it and I don't know why she thought she could keep it and give it to her husband. She should have either given it to me as it had my name on it or given it back to the driver if the driver said it was for anyone who's name isn't on the receipt. I was in the hospital and Norma Herr got three deliveries from Walmart.com from my email but Rose Later's account. My phone was dead and like all Metro phones it wouldn't charge. When I got back to Michigan July 3 I had to get a new charger from Metro. I had to pay cash because my phone wouldn't stay charged to do the greyhound app. My debit card was replacd 34 times in June and was invalidated in July. I had to go back to Ohio in July to get my mail and Social Security check. I was also waiting for my driver's license, which never showed up. David Ward stalked me from Michigan to Cleveland for the weekend on Superior and 12th street. I told them to return my mail but last time I called I was told I have mail at the shelter.

**Direct Express**
**Fraud Services Department**
**PO Box 245998**
**San Antonio, TX 78224-5998**

08/12/2022



>002329 4131927 0001 008235 10Z
MADALYN M SOULLIERE
215 MAIN ST
MT CLEMENS, MI 48043

1-6716808986

Dear MADALYN M SOULLIERE,

The Fraud Services Department has completed the investigation regarding your recent claim dated 07/04/2022 in the amount of $4.72.

Based on the results of our investigation, we concluded the transaction(s) were unauthorized and have posted a credit to your card for the amount of the claim. The investigation is now complete.

You may check your balance online to verify information posted to your card by visiting https://www.usdirectexpress.com or call us at 1-888-741-1115.

We appreciate your business and thank you for this opportunity to serve you.

Sincerely,

Fraud Services Department
Fraud Investigations Team
(888) 741-1115



**Direct Express® Debit Card Program**
P.O. Box 245998
San Antonio, TX 78224

ComericA Bank

MEMBER FDIC

## Monthly Account Statement

>001900 4424030 0001 8427 10Z
MADALYN M SOULLIERE
FOR THE BENEFIT RECIPIENTS OF THE ACCOUNT
215 S MAIN
MT CLEMENS,MI 48043-2400

**To contact us**

Customer Service: (888) 741-111

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

Date Range: June 2022

| Summary of Fees | |
|---|---|
| Prior Calendar Month | $0.00 |
| Calendar Year to Date | $85.05 |

Starting Balance: $0.00
Credits: $118.42
Debits: $26.69
Ending Balance: $8.27

Card Number: 533248XXXXXX0390

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 06/01/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSI | $0.00 | $06.00 |
| 06/01/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $32.00 | $0.00 |
| 06/01/2022 | BP#9529918SUPERI, CLEVELAND, OH, USA | CASH PURCHASE | $9.01 | $0.00 |
| 06/01/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $12.00 | $0.00 |
| 06/02/2022 | BP#9529918SUPERIOR QPS, CLEVELAND, OH, USA | CASH PURCHASE | $16.09 | $0.00 |
| 06/03/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSA | $0.00 | $55.00 |
| 06/03/2022 | 3510 GAS -661373, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $22.95 | |
| 06/03/2022 | 3510 GAS -661373, CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 06/03/2022 | SUNOCO 032485070, CLEVELAND, OH, USA | CASH PURCHASE | $23.49 | $0.00 |
| 06/04/2022 | WALMART GROCERY, 8009666546, AR, USA | CASH PURCHASE | $12.95 | $0.00 |
| 06/04/2022 | BILAL FOOD MART, CLEVELAND, OH, USA | CASH PURCHASE | $10.50 | $0.00 |
| 06/04/2022 | | CARD REPLACEMENT FEE | $4.00 | $0.00 |

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 06/10/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $20.23 | $0.00 |
| 06/10/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $5.51 | $0.00 |
| 06/10/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $31.69 | $0.00 |
| 06/10/2022 | W+SUBSCRIPTIONWALMART., 800-966-6546, AR, USA | CASH PURCHASE | $12.95 | $0.00 |
| 06/10/2022 | WALMART.COM AT, 8009666546, AR, USA | CASH PURCHASE | $29.42 | $0.00 |
| 06/10/2022 | WALMART.COM AA, 8009666546, AR, USA | CASH PURCHASE | $29.42 | $0.00 |
| 06/10/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $3.68 | $0.00 |
| 06/10/2022 | WALMART.COM AY, 800-966-6546, AR, USA | CASH PURCHASE | $5.00 | $0.00 |
| 06/11/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $22.00 | $0.00 |
| 06/11/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 06/13/2022 | UBER EATS, 8005928996, CA, USA | CASH PURCHASE | $2.72 | $0.00 |
| 06/13/2022 | UBER EATS, 8005928996, CA, USA | CASH PURCHASE | $2.00 | $0.00 |
| 06/13/2022 | | CREDIT ADJUSTMENT | $0.00 | 29.42 |
| 06/13/2022 | SIMPLY FOOD AT R, CLEVELAND, OH, USA | CASH PURCHASE | $1.39 | $0.00 |
| 06/13/2022 | SIMPLY FOOD AT R, CLEVELAND, OH, USA | CASH PURCHASE | $1.39 | $0.00 |
| 06/13/2022 | 1215 SUPERIOR AVE., CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $20.00 | $0.00 |
| 06/13/2022 | 1215 SUPERIOR AVE., CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 06/13/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $23.20 | $0.00 |
| 06/14/2022 | | CARD REPLACEMENT FEE | $4.00 | $0.00 |
| 06/14/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $9.15 | $0.00 |
| 06/15/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $3.86 | $0.00 |
| 06/28/2022 | | CARD REPLACEMENT FEE | $4.00 | $0.00 |
| 06/28/2022 | | EXPEDITE MAILING FEE | $13.50 | $0.00 |

008314 1476807 0000000 009562 019134 02/02

# DIRECTEXPRESS ❯

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

 Comerica Bank

MEMBER FDIC

## Monthly Account Statement

>002693 4424030 0001 8427 10Z
MADALYN M SOULLIERE
FOR THE BENEFIT RECIPIENTS OF THE ACCOUNT
215 S MAIN
MT CLEMENS,MI 48043-2400

**To contact us**

Customer Service: (888) 741-111

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

Date Range: June 2022

| Summary of Fees | | | |
|---|---|---|---|
| Prior Calendar Month | $0.00 | Starting Balance: | 50.00 |
| Calendar Year to Date | $85.05 | Credits: | $ 8.42 |
| | | Debits: | $ 6.69 |
| | | Ending Balance: | 8.27 |

**Card Number: 533248XXXXXX0390**

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 06/01/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSI | $0.00 | $ 6.00 |
| 06/01/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $32.00 | 0.00 |
| 06/01/2022 | BP#9529918SUPERI, CLEVELAND, OH, USA | CASH PURCHASE | $9.01 | 0.00 |
| 06/01/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $12.00 | 0.00 |
| 06/02/2022 | BP#9529918SUPERIOR QPS, CLEVELAND, OH, USA | CASH PURCHASE | $16.09 | 0.00 |
| 06/03/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSA | $0.00 | $ 5.00 |
| 06/03/2022 | 3510 GAS   -661373, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $22.95 | 0.00 |
| 06/03/2022 | 3510 GAS   -661373, CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | 0.00 |
| 06/03/2022 | SUNOCO 032485070, CLEVELAND, OH, USA | CASH PURCHASE | $23.49 | 0.00 |
| 06/04/2022 | WALMART GROCERY, 8009666546, AR, USA | CASH PURCHASE | $12.95 | 0.00 |
| 06/04/2022 | BILAL FOOD MART, CLEVELAND, OH, USA | CASH PURCHASE | $10.50 | 0.00 |
| 06/04/2022 | | CARD REPLACEMENT FEE | $4.00 | 0.00 |

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 06/10/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $20.23 | $0.00 |
| 06/10/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $5.51 | $0.00 |
| 06/10/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $31.69 | $0.00 |
| 06/10/2022 | W+SUBSCRIPTIONWALMART., 800-966-6546, AR, USA | CASH PURCHASE | $12.95 | $0.00 |
| 06/10/2022 | WALMART.COM AT, 8009666546, AR, USA | CASH PURCHASE | $29.42 | $0.00 |
| 06/10/2022 | WALMART.COM AA, 8009666546, AR, USA | CASH PURCHASE | $29.42 | $0.00 |
| 06/10/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $3.68 | $0.00 |
| 06/10/2022 | WALMART.COM AY, 800-966-6546, AR, USA | CASH PURCHASE | $5.00 | $0.00 |
| 06/11/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $22.00 | $0.00 |
| 06/11/2022 | CLEVELAND PO-471392, CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 06/13/2022 | UBER EATS, 8005928996, CA, USA | CASH PURCHASE | $2.72 | $0.00 |
| 06/13/2022 | UBER EATS, 8005928996, CA, USA | CASH PURCHASE | $2.00 | $0.00 |
| 06/13/2022 | | CREDIT ADJUSTMENT | $0.00 | 29.42 |
| 06/13/2022 | SIMPLY FOOD AT R, CLEVELAND, OH, USA | CASH PURCHASE | $1.39 | $0.00 |
| 06/13/2022 | SIMPLY FOOD AT R, CLEVELAND, OH, USA | CASH PURCHASE | $1.39 | $0.00 |
| 06/13/2022 | 1215 SUPERIOR AVE., CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $20.00 | $0.00 |
| 06/13/2022 | 1215 SUPERIOR AVE., CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 06/13/2022 | WALMART.COM AA, 800-966-6546, AR, USA | CASH PURCHASE | $23.20 | $0.00 |
| 06/14/2022 | | CARD REPLACEMENT FEE | $4.00 | $0.00 |
| 06/14/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $9.15 | $0.00 |
| 06/15/2022 | UBER TRIP, 8005928996, CA, USA | CASH PURCHASE | $3.86 | $0.00 |
| 06/28/2022 | | CARD REPLACEMENT FEE | $4.00 | $0.00 |
| 06/28/2022 | | EXPEDITE MAILING FEE | $13.50 | $0.00 |

008317 1476807 0000000 009568 019136 02/02

# DIRECT EXPRESS ❯

**Comerica Bank**

MEMBER FDIC

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

>002700 4424030 0001 8427 10Z
MADALYN M SOULLIERE
FOR THE BENEFIT RECIPIENTS OF THE ACCOUNT
215 S MAIN
MT CLEMENS,MI 48043-2400

|ıl|ıı|ıl|ıll|ıılıl|ılıı|ıl||ll||lılı|ı||ıııılıll|lı|ılı

**To contact us**

**Customer Service: (888) 741-111...**

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

**Thank You for Being a Direct Express® Card Customer**

Date Range: July 2022

| Summary of Fees | |
|---|---|
| Prior Calendar Month | $47.50 |
| Calendar Year to Date | $86.75 |

| | |
|---|---|
| Starting Balance: | $...8.27 |
| Credits: | $...9.13 |
| Debits: | $...1.63 |
| Ending Balance: | $...0.77 |

Card Number: 533248XXXXXX0390

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 07/01/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSI | $0.00 | $...6.00 |
| 07/01/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSA | $0.00 | $...5.00 |
| 07/01/2022 | EFT, Cleveland, OH, USA | ATM CASH WITHDRAWAL | $23.00 | $0.00 |
| 07/01/2022 | FAMILY DOLLAR #2, CLEVELAND, OH, USA | CASH PURCHASE | $2.16 | $0.00 |
| 07/01/2022 | FAMILY DOLLAR #2, CLEVELAND, OH, USA | CASH PURCHASE | $18.51 | $0.00 |
| 07/01/2022 | GREYHOUNDCLV-K137546, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $23.50 | $0.00 |
| 07/01/2022 | UBER  RTD, 8005928996, CA, USA | CASH PURCHASE | $2.50 | $0.00 |
| 07/02/2022 | GREYHOUNDCLV-K137546, CLEVELAND, OH, USA | ATM CASH WITHDRAWAL | $43.50 | $0.00 |
| 07/02/2022 | GREYHOUNDCLV-K137546, CLEVELAND, OH, USA | ATM WITHDRAWAL FEE | $0.85 | $0.00 |
| 07/02/2022 | GREYHOUND LINES CNP, 214-849-8966, TX, USA | CASH PURCHASE | $69.99 | $0.00 |
| 07/02/2022 | UBER  TRIP, 8005928996, CA, USA | CASH PURCHASE | $9.15 | $0.00 |
| 07/02/2022 | UBER  TRIP, 8005928996, CA, USA | CASH PURCHASE | $9.13 | $0.00 |

**DIRECT EXPRESS**

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

**Comerica Bank**

MEMBER FDIC

## Monthly Account Statement

>002707 4424030 0001 8427 10Z
MADALYN M SOULLIERE
FOR THE BENEFIT RECIPIENTS OF THE ACCOUNT
215 S MAIN
MT CLEMENS,MI 48043-2400

**To contact us**

Customer Service: (888) 741-111

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

**Thank You for Being a Direct Express® Card Customer**

| Date Range: August 2022 | | | |
|---|---|---|---|
| **Summary of Fees** | | Starting Balance: | $0.77 |
| Prior Calendar Month | $1.70 | Credits: | $?0.14 |
| Calendar Year to Date | $104.25 | Debits: | $?4.92 |
| | | Ending Balance: | $?4.45 |

| Card Number: 533248XXXXXX1884 |
|---|

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 08/01/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSI | $0.00 | $?6.00 |
| 08/09/2022 | | CARD REPLACEMENT FEE | $4.00 | 0.00 |
| 08/09/2022 | | EXPEDITE MAILING FEE | $13.50 | 0.00 |
| 08/12/2022 | | CREDIT ADJUSTMENT | $0.00 | 4.72 |
| 08/17/2022 | GREYHOUND LINES CNP, 214-849-8966, TX, USA | CASH PURCHASE | $31.99 | 0.00 |
| 08/17/2022 | GREYHOUND LINES CNP, 214-849-8966, TX, USA | CASH PURCHASE | $42.99 | 0.00 |
| 08/19/2022 | VALUE FRESH MARKETPLAC, WARREN, MI, USA | CASH PURCHASE | $14.68 | 0.00 |
| 08/19/2022 | T AND T FOOD-A900358, WARREN, MI, USA | ATM CASH WITHDRAWAL | $42.75 | 0.00 |
| 08/20/2022 | PARALYZED VETS OF AMER, 2028721300, DC, USA | CASH PURCHASE | $19.00 | 0.00 |
| 08/20/2022 | ARBYS #5903 WARREN, WARREN, MI, USA | CASH PURCHASE | $23.29 | 0.00 |
| 08/21/2022 | UBER  TRIP, 8005928996, CA, USA | CASH PURCHASE | $11.98 | 0.00 |
| 08/22/2022 | WAL-MART #2959, ROSEVILLE, MI, USA | CASH PURCHASE | $1.31 | 0.00 |

**DIRECTEXPRESS ▶**

ComericA Bank

MEMBER FDIC

Direct Express® Debit Card Program
P.O. Box 245998
San Antonio, TX 78224

## Monthly Account Statement

>001092 4424030 0001 8427 10Z
MADALYN M SOULLIERE
FOR THE BENEFIT RECIPIENTS OF THE ACCOUNT
215 S MAIN
MT CLEMENS,MI 48043-2400

**To contact us**

Customer Service: (888) 741-111?

Hearing impaired: (866) 569-0447
International: (765) 778-6290 (Collect)

**Visit our web site**
www.USDirectExpress.com

**Write to us**
Direct Express® Card Services
P.O. Box 245998
San Antonio, TX 78224

Thank You for Being a Direct Express® Card Customer

Date Range: September 2022

| Summary of Fees | |
|---|---|
| Prior Calendar Month | $17.50 |
| Calendar Year to Date | $105.95 |

Starting Balance: ?4.45
Credits: $6?5.00
Debits: $6?9.45
Ending Balance: ?0.00

Card Number: 533248XXXXXX1884

| Date Posted | Retailer | Transaction Type | Charges | Credits |
|---|---|---|---|---|
| 09/02/2022 | For the Benefit Recipients of the Account | DEPOSIT FROM SSA | $0.00 | $6?5.00 |
| 09/02/2022 | USA | REVERSAL DEBIT | $29.42 | ?0.00 |
| 09/03/2022 | LN*MICHIGAN DMV KIOSK, LANSING, MI, USA | CASH PURCHASE | $13.25 | ?0.00 |
| 09/03/2022 | UBER  TRIP, 8005928996, CA, USA | CASH PURCHASE | $10.93 | ?0.00 |
| 09/03/2022 | Value Fresh Marketplac, WARREN, MI, USA | ATM CASH WITHDRAWAL | $203.00 | ?0.00 |
| 09/03/2022 | Value Fresh Marketplac, WARREN, MI, USA | ATM CASH WITHDRAWAL | $203.00 | ?0.00 |
| 09/03/2022 | Value Fresh Marketplac, WARREN, MI, USA | ATM WITHDRAWAL FEE | $0.85 | ?0.00 |
| 09/03/2022 | Value Fresh Marketplac, WARREN, MI, USA | ATM CASH WITHDRAWAL | $83.00 | ?0.00 |
| 09/03/2022 | Value Fresh Marketplac, WARREN, MI, USA | ATM WITHDRAWAL FEE | $0.85 | ?0.00 |
| 09/03/2022 | METROPCS MOBILE, 888-863-8768, WA, USA | CASH PURCHASE | $30.00 | ?0.00 |
| 09/04/2022 | VALUE FRESH MARKETPLAC, WARREN, MI, USA | CASH PURCHASE | $5.16 | ?0.00 |
| 09/04/2022 | BOOKSIRIS.COM, 877-6010763, FL, USA | CASH PURCHASE | $89.99 | ?0.00 |

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

_Madalyn M Soulliere_ )
  Plaintiff )
  v. )     Civil Action No.
_Norma Herr_ )
  Defendant )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: _Norma Herr_
### (Name of person to whom this subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: _Entire File of Madalyn M Soulliere including Intake computer work, and write ups plus all complaints. Any and All video from Aug 21, 2022 - Sep 2022 including Madalyn Soulliere_

| Place: | Date and Time: |
|---|---|
|  |  |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

        *CLERK OF COURT*
                                                    OR

_____          _____
    *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _Plaintiff_
_____, who issues or requests this subpoena, are:
_Madalyn M Soulliere 215 S Main St Mt Clemens MI 48043 (216)470-0655_
_dmsoulliere707@gmail.com_ **Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| | | |
|---|---|---|
| ↑ EFT 07/02/2022 | | -$23.00 |
| ↑ GREYHOUND LINE... 07/01/2022 | | -$69.99 |
| ↑ BP#9529918SUPERI... 07/01/2022 | | -$8.25 |
| ↑ UBER  * PENDING 07/01/2022 | | -$2.50 |
| ↓ Deposit 07/01/2022 | | $655.00 |
| ↓ Deposit 07/01/2022 | | $206.00 |

NBTA 0043

# GREYHOUND LINES, INC.

** NOT GOOD FOR TRAVEL **

CONF#: 9466667901
ONE WAY/ADULT

R E C E I P T  &  I T I N E R A R Y

FROM: DETROIT        MI
TO: CLEVELAND        OH

DEPART: Mon 22Aug22
SOULLIERE MADALYN

| *** CITY *** | | ARRIVAL | LAYOVER | DEPARTURE | SCHEDULE | |
|---|---|---|---|---|---|---|
| DETROIT | MI | | | 01:05p 22Aug22 | BSB | 0032 |
| TOLEDO (E) | OH | 02:05p 22Aug22 | 1:00 | 03:05p 22Aug22 | BSB | 0026 |
| CLEVELAND | OH | 04:55p 22Aug22 | | | BSB | 0026 |

| | | | |
|---|---|---|---|
| FARE PAID: | $24.00 | MASTERCARD | 02406 DETROIT      MI |
| STATE TAX: | XX | GH/GH | 22Aug22 10:00a 3730 |
| HST TAX: | XX | | DET7805 |
| FEE: | $5.00 | ROAD REWARD | ** VOID IF DETACHED ** |
| EXCESS BAG: | $2.99 | | |
| EXCESS VAL: | $0.00 | 001 00 23  86771307 6 | |
| | $0.00 | | |









IC3 Complaint Re...
complaint.ic3.gov

Email Address:
Website:
IP Address:

thomas

This email was used in this incident, please provide a copy of the entire email including full email headers.

(if none provided)

Are there any other witnesses or victims to this incident?

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Cleveland Ohio police department

Check here if this an update to a previously filed complaint. ☐

Who Filed the Complaint?

If you are the victim in the incident described above: Yes
Name
Business Name:
Phone number:
Email Address:

Digital Signature

By digitally signing this document, I affirm...

**Hi, Rose**

📋 **Purchase history**  ∨

Track your order status, start a return, or view purchase history and receipts.

💳 **Wallet**  ∨

Manage your payment methods, learn about our rewards card and access your Walmart or Sam's Club digital COVID-19 vaccine record.

**Manage account**

W+





✕   …esvc.sos.state.mi.us

**< MADALYN MARIE SOULLIERE**

SoS Home | Mi.gov | FAQs | Contact Us

# Confirmation

Thank you for processing an Address Change online with the Michigan Secretary of State. Your confirmation number is 0-027-416-627. Once your Address Change is processed, you will receive your address change sticker or new card (if applicable) at the address on record.

Driver's License Duplicate          $9.00

# Status

 Processed

Submitted 21-Jul-2022 08:46:56

Processed 21-Jul-2022 08:46:56

# Payment

**Amount:** $9.00

**Convenience Fee:** $0.13



↑ ViewFile.pdf







...

**Michigan Temporary Operator's License**

Driver's License Number: S 460 571 365 240
Driver's License Type: Operator
Endorsements: NONE
Restrictions: (20) - Corrective Lens
Expiration Date: 05-15-2022

Date of Birth: 04-02-1973
Sex: Female
Eye Color: Brown
Height: 5'03"

MAQIA'YN MARINE SCHILLERE
11496 COYLE ST
DETROIT MI 48227-2460

I certify the above information is true and correct. I do not have any physical or mental disability which affects my ability to operate a motor vehicle safely nor have I superimposed Any bus or requirement of license. I understand my signature may be retained and used by programs administered by the Department of State.

NOTE: IT IS A CRIME TO MAKE A FALSE STATEMENT OR CONCEAL A MATERIAL FACT WHEN APPLYING FOR A DRIVER'S LICENSE
07-31-2022 446-0JH168374V 19:50

**Information Regarding Your Michigan Temporary Operator's License**

If you have questions or if you do not receive your license within 45 days of your application, please visit Michigan.gov/SOS.

↑

Address Change
Confrrmation  Inbox



Noreply-CARS...   4 days ago   ↱   •••
to me ⌄

Thank you for processing an Address Change online
with the Michigan Secretary of State. Your
confirmation number is 0-027-416-627. Once your
Address Change is processed, you will receive your
address change sticker or new card (if applicable) at
the address on record.

SOCIAL SECURITY ADMINISTRATION

Date: February 17, 2023
BNC#: 23BC736G19439
REF: A ,DI

MADALYN M SOULLIERE
215 S MAIN
MT CLEMENS MI 48043-2400

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2022, the full monthly
   Social Security benefit before any deductions is......$ 712.40

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is.......$ 712.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month.  (For
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning January 2023, the current
   Supplemental Security Income payment is..............$ 222.00

   This payment amount may change from month to month if income or
   living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For
   example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is April 2, 1973.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning June 2010.

   You are entitled to medical insurance under Medicare beginning June 200 .

Your Medicare number is 2PT6-PJ4-XU68. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

Type of Social Security Benefit Information

   You are entitled to monthly disability benefits.

Type of Supplemental Security Income Payment Information

   You are entitled to monthly payments as a disabled individual.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

   1. Visit www.ssa.gov for fast, simple, and secure online service.
   2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
   3. You may also call your local office at 866-303-3189.

           SOCIAL SECURITY
           26200 21 MILE ROAD
           CHESTERFIELD, MI 48051

How are we doing? Go to www.ssa.gov/feedback to tell us.




                              OFFICE MANAGER

MACOMB CO DHS MT CLEMENS DISTRICT
STE B
44777 N GRATIOT AVE
CLINTON TOWNSHIP MI 48036

Page 1 of 1

Case Name: Madalyn Soulliere
Case Number: 103229383
Date: 01/07/2023
MDHHS Office: MACOMB CO DHS MT CLEMENS DISTRICT

Specialist: A. Brohl
Phone: (844) 464-3447
Fax: (517) 348-9888
Specialist ID: brohla

## STATE OF MICHIGAN
## Department of Health and Human Services

If you do not understand this, call an MDHHS office in your area.
MDHHS employees are prohibited by law from providing legal advice.
Si usted no entiende esto, llame a una oficina de MDHHS en su área.
La ley prohíbe a los empleados de MDHHS proporcionar asesoría legal.

إذا ولجهت صعوبة في فهم هذا الطلب، فأتصل بمكتب MDHHS الموجود في منطقتك.
يحرّم القانون على موظفي MDHHS إعطاء النصيحة القانونية.

MADALYN M SOULLIERE
215 S MAIN ST
MOUNT CLEMENS MI 48043

## STATE SUPPLEMENT PAYMENT NOTICE

The Michigan Department of Human Services supplements SSI recipients in Independent Living and Household of Another living arrangements.

The supplement is     $ 14.00                    a month for your living arrangement. Independent Living

The State Supplement payment is paid quarterly. State Supplement payments are issued according to last digit of your individual ID number which is: 69361604    . If your SSI is deposited electronically, your State Supplement payment may be electronically deposited into the same account. You should receive your payment no later than the following dates:

| March | June | September | December |
|---|---|---|---|
| 10 | 12 | 13 | 12 |

If your State Supplement payment is lost, stolen, not received or destroyed, contact your specialist at the local Department of Human Services (DHS) office to have it replaced. You must wait four (4) mail days after the payment date given above before you may request a replacement for the lost or not received payment. A stolen payment must be reported immediately. You may contact your specialist at the office listed above.

The State is authorized to reverse the payment should you receive it in error. If you have questions, please contact the Social Security Administration. To obtain information about having your SSI direct deposited, contact the Social Security Administration at 1-800-333-1795, visit www.socialsecurity.gov or contact your local bank or credit union.

Department of Human Services (DHS) will not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to a DHS office in your area.

DHS-553 (Rev.5-20) Bridges

iStorage - Eastpointe - 14907 E 8 Mile R
14907 E 8 Mile Rd
Eastpointe MI 48021-2821
(586) 257-2152

**LATE NOTICE**

| Notice Date: | Feb 08, 2023 |
|---|---|
| **Unpaid Balance:** | $51.00 |
| **Fees:** | $20.00 |
| **Credits:** | $.00 |
| **Total Amount Due:** | $71.00 |
| **DUE UPON RECEIPT** | |

4.1.1076 1 MB 0.528  04169S21.p01 707232 1-1

MADALYN SOULLIERE
215 S MAIN ST
MOUNT CLEMENS MI 48043-2400

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DETACH UPPER PORTION AND RETURN IT WITH YOUR PAYMENT**

This letter is to inform you that we have not received payment for your rental. According to the terms of your Rental Agreement, a late fee may have been assessed. In addition, your unit may be overlocked and you may no longer have unattended access to your rental unit until the outstanding balance is paid.

Please remit your rental unit payment in full immediately to avoid additional charges and/or a self-storage owner's lien being imposed against your property, pursuant to your Rental Agreement.

Please contact the facility manager at (586) 257-2152 immediately to arrange for payment to be made or to inquire about your rental account status.

**ACCOUNT INFORMATION**

| | | | |
|---|---|---|---|
| Unit Number: | 2163D | Notice Date: | Feb 08, 2023 |
| Monthly Rent Rate: | $39.00 | **Unpaid Balance:** | $51.00 |
| Paid Thru Date: | Feb 02, 2023 | **Fees:** | $20.00 |
| | | **Credits:** | $.00 |
| | | **Total Amount Due:** | $71.00 |
| | | **DUE UPON RECEIPT** | |

**Thank you for renting from iStorage - Eastpointe - 14907 E 8 Mile Rd**



iStorage - Eastpointe - 14907 E 8 Mile Rd
14907 E 8 Mile Rd
Eastpointe, MI 48021-2821
(586) 257-2152

**Payment Receipt**

| | |
|---|---|
| **Transaction Date:** | Feb 08, 202 |
| **Transaction Number:** | 108768554 |
| **Account Name:** | Soulliere, Madaly |
| **Account Number:** | 100742047 |
| **Agent:** | D Darde |

Soulliere, Madalyn
215 S Main St

Mount Clemens , MI 48043

| Charge Date | Item Description | Amount |
|---|---|---|
| Feb 03, 2023 | Unit 2163D Rent: (Feb 3, 2023 thru Mar 2, 2023) | $39.00 |
| Feb 03, 2023 | Insurance/PPP 2,000 coverage: (Feb 3, 2023 thru Mar 2, 2023) | $12.00 |
| Feb 08, 2023 | Fee: iS-MI Late Fee | $20.00 |

**Charges Summary:**

| | |
|---|---|
| **Charges:** | $71.00 |
| **Tax:** | $.00 |
| **Total Charges:** | $71.00 |

**Payment Summary:**

| | |
|---|---|
| **Total Tendered:** | $71.00 |
| **Change:** | $.00 |

| Payment Method | Reference | Amount |
|---|---|---|
| Visa | xxxxx2951 | $71.00 |

_____
Customer Signature



AllPaid
7820 Innovation Boulevard Suite 250
Indianapolis,IN 46278
24hr. Customer Service #: 888-604-7888

## Judicial Aide Payments Payment Confirmation (Ref #: 37289587)

**PLC:** **Macomb County 16th Judicial Circuit Court**   **Date:** 01/05/2023 09:06 EST
**1442**   **40 N. Main Street**
**6th Floor**
**Mt Clemens, Michigan 48043**
**For: Judicial Aide Payments**

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Defendant Name:** | Madalyn Marie Soulliere | **Transaction Reference #:** | 37289587 |
| **Date Of Birth:** | 04/02/1973 | **Transaction Date/Time:** | 01/05/2023 09:06 EST |
| **Circuit Court Case #:** | 2017-001346-fc | | |

### BILLING INFORMATION

| | |
|---|---|
| **Name:** | Madalyn M Soulliere |
| **Address:** | 215 South Main Street |
| **City, State Zip:** | Mount Clemens, Mi 48043 |
| **Phone #:** | (216)450-0655 |
| **Card #:** | xxxx-xxxx-xxxx-6047 |

### PAYMENT INFORMATION

| | |
|---|---|
| **Approval #:** | FSF 7Z |
| **Payment Amount:** | $5 .00 |
| **Service Fee:** | $ .75 |
| **Total Amount:** | $5 .75 |

## The service fee is not refundable.

---

### ATTENTION CARDHOLDER
**If you have questions about the processing of your payment, please call AllPaid at 888-604-7888.**
**Thank you for using AllPaid**

© 2007 - 2023 AllPaid, Inc.   Form : EUR

Date: 01/05/23

Case: 2017-001346-FC
Judge: BIERNAT

From: 16TH JUDICIAL CIRCUIT COURT
      MOUNT CLEMENS, MI  48043

|  :  |
| --- |
| DEFENDANT:   SOULLIERE, MADALYN MARIE |

To:      SOULLIERE, MADALYN MARIE
         215 SOUTH MAIN STREET

         MOUNT CLEMENS,MI 48043

Case: **2017-001346-FC**          Party Name: **SOULLIERE, MADALYN MARIE**

| Date | Item | Docket Amount | Amount Due |
| --- | --- | --- | --- |
| 7/07/2017 | CVRS-FELONY $130.00  Receipt: 1071432  Date: 11/22 | 130.00 | 0.00 |
| 7/07/2017 | STATE MINIMUM COSTS ASSESSED  Receipt: 1282203  Da | 68.00 | 0.00 |
| 7/07/2017 | ADDITIONAL COURT COSTS  Receipt: 1349555  Date: 09 | 360.00 | 260.00 |
| 7/07/2017 | DNA FEE | 60.00 | 60.00 |
| 7/07/2017 | VICTIM RESTITUTION OWED:  (V64534  AC:01)  Receipt | 1,092.00 | 0.00 |
| 7/07/2017 | JA-DEFENSE ATTORNEY FEE | 1,050.00 | 436.00 |
|  | Attorney: STEINBERG, MICHA |  |  |
| 9/12/2017 | 20% LATE FEE ASSESSED NOTICE PROCESSED CC | 333.60 | 333.60 |
| 4/16/2018 | 10% CASH BOND FURN BY DEFT  Receipt: 1100976  Date | 200.00 | 0.00 |
| 4/18/2018 | JA-DEFENSE ATTORNEY FEE | 125.00 | 125.00 |
|  | Attorney: HOM, KATHERINE ( |  |  |
| 5/30/2018 | % BOND OWED TO COURT  Receipt: 1108967  Date: 05/3 | 20.00 | 0.00 |
| 0/17/2019 | GARNISHMENT - ELECTRONIC FILING FEE | 5.00 | 5.00 |
| 0/15/2020 | GARNISHMENT - ELECTRONIC FILING FEE | 5.00 | 5.00 |
| 0/14/2021 | GARNISHMENT - ELECTRONIC FILING FEE | 5.00 | 5.00 |
| 0/13/2022 | GARNISHMENT - ELECTRONIC FILING FEE | 5.00 | 5.00 |
|  | Balance: |  | 1,234.60 |

**Comments:**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Madalyn Southern*

**(b)** County of Residence of First Listed Plaintiff *Macomb*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*In Pro Se*

## DEFENDANTS
*Norma Herr*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [X] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

*446*

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_harassment / sexual harassment / threat_

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____