UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADALYN M. SOULLIERE,

    Plaintiff,

v.

Case No. 23-cv-10596
Hon. Matthew F. Leitman

NORMA HERR WOMEN'S CENTER,

    Defendant,
_____/

## JUDGMENT

In accordance with the orders entered on this day and on January 17, 2024,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                KINIKIA ESSIX
                CLERK OF COURT

      By:   s/Holly A. Ryan
               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 22, 2024
Detroit, Michigan